IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01606-LTB-KLM

PLUM CREEK WASTEWATER AUTHORITY,

    Plaintiff,

v.

AQUA-AEROBIC SYSTEMS, INC., a foreign corporation,

    Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Aqua-Aerobic Motion for Telephonic Appearance** [Docket No. 16; Filed October 7, 2008] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. Defendant's out-of-state counsel is directed to call Chambers at (303)-335-2770 at the appointed date and time to participate in the Scheduling Conference.

    Dated: October 8, 2008